# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---

Darren Wolfberg,

                Plaintiff,

                v.

JP Morgan Chase Bank N.A., Trans Union, LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC,

                Defendants.

**NOTICE OF PARTIAL DISCONTINUANCE**
Pursuant to CPLR 3217(a)(1)

Index No.: 71947/2023

---

    **PLEASE TAKE NOTICE** that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, the above-captioned action is voluntarily discontinued with prejudice against Defendants Trans Union, LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC only, with each party to bear its respective attorney's fees and costs.

    Trans Union, LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC have not served an answer, motion or otherwise appeared in this action.

Dated: Uniondale, New York
       January 5, 2024

                                            By: */s/ Alain Cesar*
                                            Alain Cesar, Esq.
                                            SANDERS LAW GROUP
                                            333 Earle Ovington Boulevard, Suite 402
                                            Uniondale, New York 11553
                                            Email: acesar@sanderslaw.group
                                            Office: (516) 203-7600
                                            Direct: (516) 203-7612
                                            Fax: (516) 282-7878
                                            *Attorneys for Plaintiff*
                                            Our File No.: 128889