UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Wolfberg,

                Plaintiff(s),

      -against –

JP Morgan Chase Bank, N.A., et al.,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:24-CV-00421 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant JP Morgan Chase Bank, N.A.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant JP Morgan Chase Bank, N.A.)**; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: August 30, 2024
      White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.